# STEVEN E. KAUNITZ

CERTIFIED PUBLIC ACCOUNTANT
▬▬▬▬▬▬
BREINIGSVILLE, PA ▬▬▬
PHONE: ▬▬▬ FAX: (▬▬▬ EMAIL: ▬▬▬

RECEIVED

AUG 31  12 10 PM '04

FINANCIAL
DISCLOSURE OFFICE

August 13, 2004

Committee on Financial Disclosure
Administrative Office of the U.S. Courts
One Columbus Circle, NE, Suite 2-301
Washington, DC  20544

To Whom It May Concern:

I am the new accountant for Judge Charles R. Weiner and was recently retained to prepare the Judge's tax returns and other financial reporting requirements. I prepared the Disclosure Report dated April 3, 2004 in question. The following is an explanation of the questions that your committee had pertaining to the filed report:

- New Economy Fund – should have been included in the 2002 report since the value at 12/31/02 was greater than $5,000. The reporting for this item in 2002 would be identical to the year 2003. The fund was purchased June 22, 2000. The value code for the purchase would have been J.
- The Tax-Exempt Bond Fund of America – this mutual fund was exempt from reporting and should not have been included in the 2003 report since the value at 12/31/03 was less than $5,000.
- Intermediate Bond Fund of America IRA - should have been reported on the 2002 report since the value at 12/31/02 was greater than $5,000. The reporting for this item in 2002 would be identical to the year 2003. The fund was purchased November 6, 1991. The value code for the purchase would have been J.
- Smallcap World Fund IRA – ▬▬ - this mutual fund was exempt from reporting and should not have been included in the 2003 report since the value at 12/31/03 was less than $5,000.
- Intermediate Bond Fund of America IRA – ▬▬ - this mutual fund was exempt from reporting and should not have been included in the 2003 report since the value at 12/31/03 was less than $5,000.
- Miscellaneous Partnership Inc. – there was no miscellaneous partnership income in the year 2003. All income items were reported and coded as from specific partnerships. It appears that this item was inadvertently included in the 2002 report and will not be included in future years. There is no other information on this asset.
- Pioneer NR (PXD) – listed on the 2003 report on line 13, as Pioneer Natural Resources.

Hopefully the above explanations clarify all of your inquiries.  If you have any other questions pertaining to this matter, please let me hear from you.

Sincerely,



Steven Kaunitz, CPA

I certify that the above corrections of the original report that was filed is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Honorable Charles R. Weiner

8/23/04
_____
       Date

AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>WEINER, CHARLES R | 2. Court or Organization<br><br>USDC ED PA | 3. Date of Report<br><br>4/3/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR STATUS | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date<br><br>◯ Initial   ⦿ Annual   ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>6613 US COURTHOUSE<br><br>PHILADELPHIA, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
MAY 17 10 41 AM '04
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | COMMONWEALTH OF PA PENSION | 13875 |
| 2. | 2003 | OIL WELLS, KIOWA & PROWERS COUNTY, COLORADO - SELF-EMPLOYED OIL WELLS - RECORDED AT NET | 7526 |
| 3. | 2003 | BRYAN LP 25, PITTSBURGH, PA - GENERAL PARTNER | -42721 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. FIRSTRUST BANK | LOAN FOR INVESTMENT IN OIL WELLS & PARTNERSHIP INTERESTS | K |

| Name of Person Reporting | Date of Report |
|---|---|
| WEINER, CHARLES R | 4/3/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ATLAS ENERGY NINETIES 18 | B | Royalty | J | U | | | | | |
| 2. 1994 VIKING RESOURCES LP | B | Royalty | J | U | | | | | |
| 3. ATLAS ENERGY NINETIES 16 | B | Royalty | J | U | | | | | |
| 4. ATLAS ENERGY NINETIES 17 | A | Royalty | J | U | | | | | |
| 5. ATLAS ENERGY NINETIES 15 | A | Royalty | J | U | | | | | |
| 6. ATLAS ENERGY NINETIES 12 | A | Royalty | J | U | | | | | |
| 7. ATLAS ENERGY NINETIES 19 | A | Royalty | J | U | | | | | |
| 8. ATLAS ENERGY NINETIES 1993 | A | Royalty | J | U | | | | | |
| 9. DSB ASSOCIATES | E | Int Rent CG | M | U | | | | | |
| 10. BRYAN LP 22 | B | Royalty | J | U | | | | | |
| 11. BRYAN LP 23 | D | Royalty | J | U | | | | | |
| 12. BRYAN LP 24 | A | Royalty | J | U | | | | | |
| 13. PIONEER NATURAL RESOURCES | A | None | L | T | | | | | |
| 14. EUROPACIFIC GROWTH FUND | A | Dividend | J | T | | | | | |
| 15. THE NEW ECONOMY FUND | A | Dividend | J | T | | | | | |
| 16. WASHINGTON MUTUAL INVESTORS FUND | A | Dividend | J | T | | | | | |
| 17. THE TAX-EXEMPT BOND FUND OF AMERICA | A | Dividend | J | T | | | | | |
| 18. THE INVESTMENT CO OF AMERICA IRA | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| WEINER, CHARLES R | 4/3/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. INTERMEDIATE BOND FD OF AMERICA IRA | A | Dividend | J | T | | | | | |
| 20. SMALLCAP WORLD FUND IRA ▪▪▪▪ | A | Dividend | J | T | | | | | |
| 21. INTERMEDIATE BOND FUND OF AMERICA IRA ▪▪▪▪ | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Some items on the prior year's Investments and Trusts (Part VII), namely Lakeside #1, including Hoffman & Daniel Oil Wells are now included in Non-Investment Income A (Part III) as Oil Wells, Kiowa and Prowers County, Colorado, since they are considered from Self-employment.  In addition, it should be noted that included in Non-Investment Income is Bryan LP 25, which is an oil well partnership that was acquired in 2003.  It was reported that way since it is owned as a general partner.  Most likely, in 2004 it will switch to a limited partnership interest that will be reported in Part VII, Investments and Trusts.

The investment of the Federated Fund was not reported for the year 2003 due to the remaining balance of shares in the fund being redeemed in the beginning of the year 2002.

In the liabilities section, Part VI, the Lafayette Ambassador Bank loan from the prior year should not have been reported since it is a mortgage, collateralized ██████████

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature X

Date X 5/13/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544